# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-01017-ADA |
| § | |
| TP-LINK TECHNOLOGY CO., LTD. § | |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Wednesday, December 29, 2021 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 26th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE