# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Michael F. Autuoro, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent TP-Link Technologies Co., Ltd. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm of Fish & Richardson P.C. with offices at:

> 7 Times Square, 20th Floor
> New York, NY 10036
> Telephone: (212) 765-5070
> Facsimile: (212) 258-2291
> E-mail: autuoro@fr.com

2. Since 2005, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 4358636.

3. Applicant Michael F. Autuoro has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State Bar of New York | November 16, 2005 |
| United States District Court for the Southern District of New York | January 3, 2006 |
| United States District Court for the Eastern District of New York | January 3, 2006 |
| United States Court of Appeals, Federal Circuit | October 8, 2009 |
| United States District Court for the Eastern District of Michigan | August 21, 2014 |

4. Applicant is presently a member in good standing of the bars of the courts listed above.

5. I have previously applied to Appear *Pro Hac Vice* in this district court in Cases:

Number: 1:05cv8093 *Intelifuse, Inc v. Biomedical Enterprises, Inc*
on the 12th day of May, 2014.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

```
Co-Counsel:         David M. Hoffman (Texas Bar No. 24046084)
                    Fish & Richardson P.C.
Mailing Address:    111 Congress Avenue, Suite 810
City, State, Zip Code: Austin  TX 78701
Telephone:          (512) 472-5070
Facsimile:          (512) 320-8925
```

10.     Applicant has tendered the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-l(f)(l).

Wherefore, Applicants pray that this Court enter an order permitting the admission of Michael F. Autuoro to the Western District of Texas *pro hac vice* for this case only.

Dated: January 7, 2022                                Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Michael F. Autuoro
autuoro@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

**COUNSEL FOR DEFENDANT,
TP-LINK TECHNOLOGIES CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 7, 2022, and it was served via CM/ECF on all counsel of record.

*/s/ Michael F. Autuoro*
Michael F. Autuoro
