IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff*<br><br>-v-<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br>*Defendants* | § § § § § § § § § § § | W-20-CV-01012-ADA<br>W-20-CV-01017-ADA<br>W-20-CV-01018-ADA<br>W-20-CV-01022-ADA |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:         $7,927.50
    Defendant:      $7,927.50

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 7th day of January, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE